DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.I.O. MEDICAL INTERVENTION, LLC,** a/a/o **ALFONSO POWELL,**
Appellant,

v.

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D21-649

[December 22, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case Nos. COCE17-9918 and CACE20-20729 (AP).

John C. Daly, Jr., Matthew C. Barber and Christina M. Kalin of Daly & Barber, P.A., Plantation, for appellant.

Lauren Faranda, Sunia Y. Marsh and Olga Acosta Farmer of the Law Offices of Sanabria & Marsh, Oklahoma City, Oklahoma, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***